UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JERRAVONDIA FOWLER

VERSUS

BILFINGER, INC., ET AL

CIVIL ACTION

23-516-SDD-SDJ

## RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Scott D. Johnson dated March 7, 2024, to which an *Objection*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. 11) be GRANTED and that this matter be REMANDED to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

Signed in Baton Rouge, Louisiana, on this 27 day of March, 2024.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 11.
[2] Rec. Doc. 29.
[3] Rec. Doc. 30.